(November 28, 2000)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO CASTILLO, Appellant. [716 NYS2d 570] —Judgment,

Supreme Court, Bronx County (John Moore, J.), rendered February 18, 1998, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of 3½ to 7 years, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations. The record supports the court's finding that the officer's translation of the *Miranda* warnings into Spanish conveyed, in substance, all the necessary information (*see, People v Lewis*, 163 AD2d 328, *lv denied* 76 NY2d 941). Concur—Sullivan, P. J., Rubin, Saxe, Buckley and Friedman, JJ.